CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

> Plaintiff's request at Dkt. No. 11 is **GRANTED**. The below amended briefing schedule is **ADOPTED**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 11.
>
> SO ORDERED.      June 3, 2026
>
> _Sarah Cave_
> SARAH L. CAVE
> United States Magistrate Judge

June 2, 2026

Via ECF
Hon. Sarah L. Cave
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    Rosado v. SSA
       25 Civ. 10564 (SLC)

Dear Judge Cave:

I am writing to request an extension of time in which to file plaintiff's Brief in this case. Plaintiff's papers are due to be filed Thursday, June 4, 2026, which is the thirtieth day from the filing of the certified administrative record.

Due to several cases coming due simultaneously and an overextended administrative case docket, I am unable to prepare Mr. Rosado's case, which, at over 2,700 pages, is one of the lengthier records I have encountered to date. With the kind consent of opposing counsel, Jonathan King, I respectfully request an extension of time and respectfully ask the Court to adopt the following revised briefing schedule:

| | |
|---|---|
| July 10, 2026 | Plaintiff' Brief |
| September 8, 2026 | Defendant's Brief |
| September 29, 2026 | Plaintiff's Reply |

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

_Christopher J. Bowes, Esq._
Christopher J. Bowes, Esq.

Cc:    Jonathan King, Esq.
       Attorneys for defendant