CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

July 13, 2026

Plaintiff's request at Dkt. No. 13 is **GRANTED**. The amended briefing schedule below is **ADOPTED**.

The Clerk of Court is respectfully directed to close Dkt. No. 13.

SO ORDERED. July 14, 2026

SARAH L. CAVE
United States Magistrate Judge

Via ECF
Hon. Sarah L. Cave
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Rosado v. SSA
25 Civ. 10564 (SLC)

Dear Judge Cave:

I am writing to request an extension of time, nunc pro tunc, in which to file plaintiff's Brief in this case. Plaintiff's papers were to be filed Friday, July 10, 2026. This is plaintiff's second request for an extension of time.

I apologize to the Court and opposing counsel for this delay. There are some unusual and confusing procedural issues in Mr. Rosado's case regarding overlapping applications. As a result, I am not sure that I have the full understanding of the record, which is already extensive at over 2600 pages. Mr. Rosado gave me some additional information last week regarding a July 2024 back surgery which causes me to pause to ensure that I am fully seeing the entire picture with regard to his case. Please note that I did not represent him in the administrative proceedings before the administrative law judge, which accounts for some of my misunderstanding.

With the kind consent of opposing counsel, Jonathan King, I respectfully request an extension of time and respectfully ask the Court to adopt the following revised briefing schedule:

| | |
|---|---|
| July 24, 2026 | Plaintiff' Brief |
| September 22, 2026 | Defendant's Brief |
| October 13, 2026 | Plaintiff's Reply |

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

Cc: Jonathan King, Esq.
Attorney for defendant